## HAWTHORNE, CLAIMANT
## OF THE BRIG CLARISSA CLAIBORNE
## *v.*
## THE UNITED STATES.

1812.

Feb.    20th.

---

*Present.....All the Judges.*

THIS was an appeal from the sentence of the District Court, at New Orleans, condemning the *Brig Clarissa Claiborne,* for violating a law of the United States.

This Court
will grant a
commission to
take new evi-

HAWTHORNE, CLAMN'T. OF BRIG CLARISSA CLAIBORNE

*v.*

U. STATES.

——————

dence to be used here, in a case of Admiralty Jurisdiction.

HARE, Moved for a *certiorari* upon a suggestion of diminution of the record, in not sending up the depositions of the witnesseses.

MARSHALL, *Ch. J.*—What prevents you from producing the witnesses here, or taking their depositions *de novo.*

HARE, Suggested a doubt, whether cases for violation of the Embargo, are cases of *admiralty,* or of *prize* jurisdiction.

However, on a subsequent day he moved for, and obtained a *commission* to take the depositions of witnesses at New Orleans, to be used on the trial in this Court, at the next term.

A like commission was granted in the case of *Williams and Armroyd,* at this term.